1  Scottlynn J Hubbard IV, SBN 212970
   Stephanie L. Ross, SBN 297840
2  **DISABLED ADVOCACY GROUP, APLC**
   12 Williamsburg Lane
3  Chico, CA 95926
   Telephone: (530) 895-3252
4  Facsimile: (530) 894-8244
   Email: usdceast@hubslaw.com
5  Attorneys for Plaintiff Brenda Pickern

6

7  David H. Raizman, SBN 129407
   Amber L. Roller, SBN 273354
8  **OGLETREE, DEAKINS, NASH, SMOAK,**
   **& STEWART, P.C.**
9  400 South Hope Street, Suite 1200
   Los Angeles, CA 90071
10 Telephone: (213) 239-9800
   Facsimile: (213) 239-9045
11 Email: david.raizman@ogletreedeakins.com
            amber.roller@ogletreedeakins.com
12 Attorneys for Defendant Walgreen Co.
   dba Walgreens #7653
13
   Jennifer E. Duggan, SBN 183833
14 Christina M. Bucci, SBN 292047
   **DUGGAN LAW CORPORATION**
15 641 Fulton Ave, Suite 200
   Sacramento, CA 95825
16 Telephone: (916) 550-5309
   Facsimile: (916) 404-5900
17 Email: jennifer@duggan-law.com
            christina@duggan-law.com
18 Attorneys for Defendant Ninomiya Nursery, Gilroy

19                THE UNITED STATES DISTRICT COURT
20              FOR THE EASTERN DISTRICT OF CALIFORNIA
21

22 | Brenda Pickern,                        | Case No. 2:15-cv-00625-JAM-CMK |
23 |     Plaintiff,                         | **Joint Stipulation for Dismissal and Order Thereon** |
24 | v.                                     |
25 | Walgreen Co. dba Walgreens #7653, et al., |
26 |     Defendants.                        |

*Pickern v. Walgreen Co., et al.*                Case No. 2:15-cv-00625-JAM-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 1

TO THE COURT AND ALL PARTIES:

Plaintiff Brenda Pickern and defendants Walgreen Co. dba Walgreens #7653 and Ninomiya Nursery, Gilroy stipulate to and jointly request that this Court enter a dismissal with prejudice of plaintiff's complaint in the above-entitled action in its entirety pursuant to Fed. R. Civ. P. 41(a)(2).  Each party shall bear her or its own costs and attorney's fees, consistent with the terms of the parties' settlement agreement.

Dated: July 9, 2015                    DISABLED ADVOCACY GROUP, APLC


                                        */s/   Scottlynn J Hubbard               /*
                                        Scottlynn J Hubbard IV
                                        Attorneys for Plaintiff Brenda Pickern

Dated: July 9, 2015                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                        */s/   Amber L. Roller                   /*
                                        David H. Raizman
                                        Amber L. Roller
                                        Attorneys for Defendant Walgreen Co.

Dated: July 9, 2015                    DUGGAN LAW CORPORATION


                                        */s/   Christina M. Bucci                /*
                                        Jennifer E. Duggan
                                        Christina M. Bucci
                                        Attorneys for Defendant Ninomiya Nursery, Gilroy

/ / /

/ / /

/ / /

/ / /

/ / /

*Pickern v. Walgreen Co., et al.*                                Case No. 2:15-cv-00625-JAM-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 2

# **ORDER**

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. 2:15-cv-00625-JAM-CMK, is hereby dismissed with prejudice in its entirety. Each party shall bear her or its own costs and attorney's fees, consistent with the terms of the parties' settlement agreement.

Dated:  7/10/2015_____

/s/ John A. Mendez_____
United States District Court Judge

*Pickern v. Walgreen Co., et al.*                                                       Case No. 2:15-cv-00625-JAM-CMK
Joint Stipulation for Dismissal and Order Thereon
Page 3